**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**John Roy BLANKS, Jr., Defendant–
Appellant.**

**No. 12–11582
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 7, 2012.

Steven E. Butler, Kenyen Ray Brown, Donna Barrow Dobbins, Michele Carstens O'Brien, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Richard Earl Shields, Richard E. Shields, Esquire, Mobile, AL, for Defendant–Appellant.

John Roy Blanks, Jr., Mt. Meigs, AL, pro se.

Before MARTIN, JORDAN, and FAY, Circuit Judges.

PER CURIAM:

Richard E. Shields, appointed counsel for John Roy Blanks, Jr. in this direct criminal appeal, has filed both a motion to withdraw from further representation of Mr. Blanks and a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Mr. Blanks has not objected to the *Anders* brief filed by Mr. Shields, and our independent review of the entire record reveals that Mr. Shields' assessment of the relative merit of Mr. Blanks' appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, Mr. Shields' motion to withdraw is **GRANTED,** and Mr. Blanks' conviction and sentence are **AFFIRMED.**